UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNIVERSITY OF TENNESSEE RESEARCH FOUNDATION,**<br><br>*Plaintiff,*<br><br>v.<br><br>**CAELUM BIOSCIENCES, INC.,**<br><br>*Defendant*. | Civil Action No. 3:19-cv-00508-CLC-HBG<br><br>**JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff University of Tennessee Research Foundation ("UTRF" or "Plaintiff") hereby submits this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. UTRF has no parent and there is no publicly held corporation that owns 10% or more of its corporate stock.

Respectfully submitted this 11th day of December, 2019.

                                              s/Wayne A. Ritchie II
                                              Wayne A. Ritchie II, BPR #013936
                                              RITCHIE, DILLARD, DAVIES &
                                              JOHNSON, P.C.
                                              606 W. Main St., Ste. 300
                                              Knoxville, TN 37902
                                              Phone: (865) 637-0661
                                              Fax:    (865) 524-4623
                                              Email: war@rddjlaw.com

OF COUNSEL:

Dorian S. Berger (CA SB No. 264424)
*pro hac vice application forthcoming*
Daniel P. Hipskind (CA SB No. 266763)
*pro hac vice application forthcoming*
Eric B. Hanson (CA SB No. 254570)
*pro hac vice application forthcoming*
BERGER & HIPSKIND LLP
9538 Brighton Way, Ste. 320
Beverly Hills, CA 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: ebh@bergerhipskind.com

*Attorneys for Plaintiff University of Tennessee Research Foundation*